```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 06139
   CEDRIC F BURKS
   CHRISTINE L BURKS                           CHAPTER 13

                                               JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-3358    SSN XXX-XX-7691

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 04/05/2007 and was confirmed 06/25/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was dismissed after confirmation 03/31/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------
AMERICAN GENERAL FINANCE   SECURED VEHIC      500.00          25.84        253.93
AMERICAN GENERAL FINANCE   UNSECURED          987.30            .00         51.46
AMERICAN HONDA FINANCE C   SECURED VEHIC         .00            .00           .00
MONTEREY FINANCIAL         SECURED            254.84          13.22        129.92
WASHINGTON MUTUAL BANK     CURRENT MORTG         .00            .00           .00
DIRECTV                    UNSECURED       NOT FILED            .00           .00
AT&T WIRELESS              UNSECURED       NOT FILED            .00           .00
AT&T WIRELESS              UNSECURED       NOT FILED            .00           .00
CAPITAL ONE                UNSECURED          380.12            .00         19.81
CITY OF CHICAGO PARKING    UNSECURED         1100.00            .00         57.34
HAROLD K SHINSKY DDS       UNSECURED       NOT FILED            .00           .00
ORLAND PARK DENTAL         UNSECURED       NOT FILED            .00           .00
CONSECO BC                 UNSECURED       NOT FILED            .00           .00
AT&T BROADBAND             UNSECURED       NOT FILED            .00           .00
EXCEL EMERGENCY CARE       UNSECURED       NOT FILED            .00           .00
ECHO LTD                   UNSECURED       NOT FILED            .00           .00
MIDWEST PHYSICIAN GROUP    UNSECURED       NOT FILED            .00           .00
MIDWEST PHYSICIAN GROUP    UNSECURED       NOT FILED            .00           .00
MIDWEST PHYSICIAN GROUP    UNSECURED       NOT FILED            .00           .00
MIDWEST PHYSICIAN GROUP    UNSECURED       NOT FILED            .00           .00
MIDWEST PHYSICIAN GROUP    UNSECURED       NOT FILED            .00           .00
ST JAMES OLYMPIA FIELDS    UNSECURED       NOT FILED            .00           .00
ST JAMES OLYMPIA FIELDS    UNSECURED       NOT FILED            .00           .00
ST JAMES OLYMPIA FIELDS    UNSECURED       NOT FILED            .00           .00
ST JAMES OLYMPIA FIELDS    UNSECURED       NOT FILED            .00           .00
ST JAMES OLYMPIA FIELDS    UNSECURED       NOT FILED            .00           .00
NICOR GAS                  UNSECURED         3656.58            .00        190.60
VILLAGE OF MATTESON        UNSECURED       NOT FILED            .00           .00
VILLAGE OF PARK FOREST     UNSECURED       NOT FILED            .00           .00
ECMC                       UNSECURED             .00            .00           .00
UNITED FINANCIAL SERVICE   UNSECURED          800.00            .00         41.70
VILLAGE OF UNIVERSITY PA   UNSECURED          750.00            .00         39.09

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 06139 CEDRIC F BURKS & CHRISTINE L BURKS
```

```
WASHINGTON MUTUAL BANK    MORTGAGE ARRE         .00              .00             .00
MONTEREY FINANCIAL        UNSECURED           84.95              .00             .00
AMERICAN HONDA FINANCE    NOTICE ONLY    NOT FILED              .00             .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY     2,774.00                         2,334.00
TOM VAUGHN                TRUSTEE                                            225.01
DEBTOR REFUND             REFUND                                                .00

        Summary of Receipts and Disbursements:
    ------------------------------------------------------------------------------
                         RECEIPTS             DISBURSEMENTS
    ------------------------------------------------------------------------------
TRUSTEE                  3,381.92

PRIORITY                                             .00
SECURED                                           383.85
   INTEREST                                        39.06
UNSECURED                                         400.00
ADMINISTRATIVE                                  2,334.00
TRUSTEE COMPENSATION                              225.01
DEBTOR REFUND                                        .00
                         --------------       --------------
TOTALS                   3,381.92               3,381.92
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 06/25/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE